IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYKETHIA LESTER SMITH**                                                                             **PLAINTIFF**

**V.**                                                                                     **NO. 4:20-CV-86-DMB-RP**

**ANDREW SAUL,**
**Commissioner of Social Security**                                                  **DEFENDANT**

## ORDER

On April 26, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") in this appeal from the unfavorable decision of the Commissioner of Social Security regarding Dykethia Lester Smith's application for a period of disability and disability insurance benefits. Doc. #24.[1] The R&R recommends that the decision be affirmed. *Id.* at 1. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [24] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 12th day of May, 2021.

                                                               /s/Debra M. Brown
                                                               **UNITED STATES DISTRICT JUDGE**

---

[1] The R&R was originally filed on April 22, 2021, but was dated as signed April 2, 2021. Doc. #23 at 6. The Court deemed the R&R filed on April 26 (with the date corrected) as superseding the April 22 filing, and determined the allowable time for objections accordingly.